UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOMILIO ANTONIO TERAN
PEREZ,

               Case No. 2:26-cv-205-KCD-DNF

         Petitioner,

    v.

WARDEN DAVID HARDEN,
GARRET RIPA, ACTING
DIRECTOR TODD M. LYONS,
SECRETARY KRISTI NOEM,
ATTORNEY GENERAL PAM
BONDI,

         Respondents.
_____/

## ORDER

Before the Court is an Emergency Motion to Enforce Habeas Order and Request for Immediate Release filed by Yohana Elizabeth Eheverria Mejias on behalf of Petitioner Domilio Antonio Teran Perez. (Doc. 7.) The motion is **DENIED**. Perez is represented by counsel, and Mejias does not claim to be a lawyer, so she cannot represent Perez here. *See Weber v. Garza*, 570 F.2d 511, 514 (5th Cir. 1978); *Marcia Turner v. Neptune Towing & Recovery, Inc.*, No. 8:09-CV-I071-T-27AEP, 2011 WL 2981786, at *2 (M.D. Fla. July 22, 2011) ("Under Rule 17(c), a representative does not have the right to appear on behalf of a minor or an incompetent person unless that representative is

represented by counsel."); *Bey on behalf of Baxter v. Fla.*, No. 4:24CV517/MW/ZCB, 2025 WL 351425, at *1 n.2 (N.D. Fla. Jan. 6, 2025).

**ORDERED** in Fort Myers, Florida on March 17, 2026.

Kyle C. Dudek
United States District Judge